UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ERNESTO MARRERO FIGUEROA,
Plaintiff,

vs.                                             CIVIL NO. 98-1518 (DRD)

ADMINISTRACION DE CORRECION, et al.,
Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ADJUDGED AND DECREED**.

Date: August 9, 2000                             DANIEL R. DOMINGUEZ
P:\FINALORD ERS\98-1518 DIS                      U.S. District Judge